· JAMES F. NUNO, Appellant, *v.* NUGENT CONSTRUCTION
CORPORATION, Respondent.

*Pleading — motion for summary judgment.*

*Nuno* v. *Nugent Construction Corpn.*, 208 App. Div. 739, affirmed.
(Argued May 20, 1924; decided June 6, 1924.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the second judicial
department, entered January 11, 1924, which reversed
an order of Special Term granting a motion by plaintiff
for summary judgment. The action was to recover a
balance alleged to be due for work done and materials
furnished. The answer denied some of the allegations
of the complaint and set up a separate defense of payment
in full.

The following question was certified: " Is the plaintiff
in this case entitled to summary judgment under rule
113 of the Rules of Civil Practice? "

*Charles S. Yawger* for appellant.
*William F. Kimber* for respondent.

Order affirmed, with costs; question certified answered
in the negative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.